No. 11,394.

W. R. WADSWORTH VS. THE CITY OF NEW ORLEANS.

In a suit by the alleged transferee of certificates or claims against the city, and the ownership of the transferee is specially denied, there must be evidence of the transfers executed by the parties to whom the amounts of the claims or certificates were primarily due. 42 An. 164; 43 An. 78.

A transcript, purporting to be from the books of the Comptroller, headed "Recorded in Comptroller's books in name T. Nolan, transferee," and followed by a list of names and amounts, offered to show the transfers of the claims and certificates by the parties named, does not establish ownership in the transferee, nor was it admissible for that purpose.

APPEAL from the Civil District Court, Parish of Orleans. Ellis, J.

E. A. O'Sullivan, City Attorney, H. L. Dufour and Henry Renshaw, Assistants, for the City.

Charles Louque Attorney for Plaintiff and Appellant.

The opinion of the court, affirming the judgment of the District Court, was delivered by MILLER, J.